```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**EARL W. HALL**                                                           **PLAINTIFF**

   v.   Civil No. 11-5176

**MICHAEL ASTRUE,**[1] **Commissioner**
**Social Security Administration**                                          **DEFENDANT**

## O R D E R

Now on this 2nd day of April 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #14), filed on March 12, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #14) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, **Plaintiff's Request for EAJA Attorney Fees and Costs** (document #10) is hereby **granted** as described in the Report and Recommendation. Judgment will be entered under separate order.

**IT IS SO ORDERED.**

            /s/ Jimm Larry Hendren
            JIMM LARRY HENDREN
            UNITED STATES DISTRICT JUDGE

---

[1] As of February 14, 2013, Carolyn W. Colvin became the Acting Social Security Commissioner. Pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin has been substituted for Commissioner Michael Astrue as the defendant in this matter.