IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EARL W. HALL                                                                    PLAINTIFF

      v.                    Civil No. 11-5176

MICHAEL ASTRUE,[1] Commissioner
Social Security Administration                                                  DEFENDANT

### J U D G M E N T

Now on this 2nd day of April 2013, comes on for consideration **Plaintiff's Request for EAJA Attorney Fees and Costs** (document #10), and for the reasons stated in the Order entered contemporaneously herewith, the request for fees and costs is hereby **granted**. Plaintiff Earl W. Hall is awarded judgment in the amount of **$2,847.50,** which is to be paid in addition to, and not out of, any past-due benefits which Plaintiff may be awarded in the future.

    **IT IS SO ORDERED.**

                        /s/ Jimm Larry Hendren
                        JIMM LARRY HENDREN
                        UNITED STATES DISTRICT JUDGE

---

[1] As of February 14, 2013, Carolyn W. Colvin became the Acting Social Security Commissioner. Pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin has been substituted for Commissioner Michael Astrue as the defendant in this matter.